IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME BEARD,

    Plaintiff,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Defendant.

No. C 18-06783 WHA

**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**

## INTRODUCTION

In this employment dispute, plaintiff moves for judgment on the pleadings. For the reasons stated below, the motion is **DENIED**.

## STATEMENT

A prior order provided the facts in full (Dkt. No. 51). In brief, plaintiff Jerome Beard has worked as a software sales representative at defendant International Business Machines Corporation since 1983. IBM paid Beard a salary plus uncapped commissions during his employment. IBM would assign Beard a revenue target and tie his commission compensation to a percentage of the target attained.

In July 2017, Beard received an "incentive plan letter" (IPL) from IBM that described his commission plan for the rest of 2017 and set his sales quota at $934,736 (Dkt. No. 30-1). He also received and reviewed a PowerPoint presentation that repeatedly stated that payments

under the compensation plan would be uncapped. Furthermore, the PowerPoint stated that the IPL was the "primary 2017 education for IBM sales employees" and "[i]t covers the information you will need to understand your 2017 plan." In 2017, Beard closed two large deals that generated $25.2 million in revenue subject to commission. Beard alleges that he earned $2,901,806 in commission based on these amounts, but IBM refused to pay full commission because it "was simply too much money to pay" (Dkt. No. 1 at 5–9).

In November 2018, Beard filed this civil action asserting (1) violation of California's Labor Code Sections 2751 and 221, (2) violation of California's Unfair Competition Law (UCL), (3) race discrimination, (4) unjust enrichment, (5) fraudulent misrepresentation, and (6) negligent misrepresentation. In April 2019, an order granted in part and denied in part IBM's motion to dismiss Beard's claims (Dkt. No. 51). Beard now moves for judgment on the pleadings against IBM under his second claim for relief alleging a UCL violation. This order follows full briefing and oral argument.

**ANALYSIS**

"Judgment on the pleadings is properly granted when there is no issue of material fact in dispute, and the moving party is entitled to judgment as a matter of law." *Fleming v. Pickard*, 581 F.3d 922, 925 (9th Cir. 2009) (citation and footnote omitted). Although Beard began working at IBM before California's Labor Code Section 2751 came into effect, the statute still applies. There is a question of material fact, however, about whether or not the IPL is a contract. Accordingly, the motion for judgment on the pleadings is **DENIED**.

**CONCLUSION**

For the reasons stated above, the motion for judgment on the pleadings is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California