UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME BEARD,

    Plaintiff,

    v.

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendant.

No. C 18-06783 WHA

**ORDER VACATING FINAL PRETRIAL CONFERENCE AND JURY TRIAL**

Due to the public health concern caused by COVID-19, the United States District Court for the Northern District of California has issued an order closing the courthouse until June 1 (*See* General Orders 72-2 and 73). This order therefore **VACATES** the May 13 final pretrial conference and the June 1 trial date.

The final pretrial conference shall be held on **JULY 15,** and the jury trial shall begin on **AUGUST 3, 2020**.

**IT IS SO ORDERED.**

Dated: May 1, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE