1  Mitchell F. Boomer (State Bar No. 121441)
   Donald P. Sullivan (State Bar No. 191080)
2  Justin Barnes (*pro hac vice*)
   Kelli N. Church (*pro hac vice*)
3  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
4  San Francisco, California  94111-4615
   Telephone: (415) 394-9400
5  Facsimile: (415) 394-9401
   E-mail:  Mitchell.Boomer@jacksonlewis.com
6           Donald.Sullivan@jacksonlewis.com
            Justin.Barnes@jacksonlewis.com
7           Kelli.Church@jacksonlewis.com

8  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
9  CORPORATION

10

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

| JEROME BEARD, | Case No. 3:18-cv-06783-WHA |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** |
| v. | Complaint Filed: November 8, 2018<br>Trial Date: August 3, 2020 |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| Defendant. | |

Case No. 3:18-cv-06783-WHA

JOINT STIPULATION OF DISMISSAL

1      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their

2  undersigned counsel, stipulate and agree to the dismissal with prejudice of all claims in the above-

3  captioned lawsuit. The parties shall bear their own costs associated with this action.

4

5   Dated: June 15, 2020            /s/      *Matthew E. Lee*
                                    Matthew E. Lee (*pro hac vice*)
6                                   Jeremy R. Williams (*pro hac vice*)
                                    WHITFIELD BRYSON, LLP
7                                   900 W. Morgan Street
                                    Raleigh, NC 27603
8                                   Telephone: (919) 600-5000
                                    Facsimile: (919) 600-5035
9                                   matt@wbmllp.com
10                                  jeremy@wbmllp.com

11                                  Mark R. Sigmon
                                    SIGMON LAW, PLLC
12                                  5 West Hargett Street, Suite 1001
                                    Raleigh, NC 27601
13                                  Telephone: (919) 451-6311
                                    Facsimile: (919) 882-9057
14                                  mark@sigmonlawfirm.com

15
                                    RAFKIN ESQ., PLLC
16                                  SETH A. RAFKIN (199166)
                                    (srafkin@rafkinesq.com)
17                                  JENNIFER M. BOGUE (259431)
                                    (jbogue@rafkinesq.com)
18                                  1201 SUSSEX TURNPIKE, SUITE 102
                                    RANDOLPH, NJ  07869
19                                  Telephone:     (973) 891-3370
                                    Facsimile:     (973) 920-9727
20
                                    Counsel for Plaintiff
21  Dated: June 15, 2020            /s/      *Justin R. Barnes*
                                    Justin R. Barnes (*pro hac vice*)
22                                  Kelli N. Church (*pro hac vice*)
23                                  Mitchell F. Boomer (State Bar No. 121441)
                                    Donald P. Sullivan (State Bar No. 191080)
24                                  JACKSON LEWIS P.C.
                                    50 California Street, 9th Floor
25                                  San Francisco, California 94111-4615
                                    Telephone: (415) 394-9400
26                                  Facsimile: (415) 394-9401
27                                  Mitchell.Boomer@jacksonlewis.com
                                    Donald.Sullivan@jacksonlewis.com
28                                  Justin.Barnes@jacksonlewis.com
                                    Kelli.Church@jacksonlewis.com

Counsel for Defendant

JOINT STIPULATION OF DISMISSAL